FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00152-WDM-MEH

DAVID C. MONTOYA,

    Applicant,

v.

STEVE HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER TO ANSWER

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before March 8, 2008, the respondents shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

Dated: February 8, 2008

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00152-WDM-MEH

David C. Montoya
Doc No. 125436
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Steve Hartley, Warden
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Steve Hartley; and to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 01/24/08, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2-8-08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk