IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00152–WDM–KMT

DAVID C. MONTOYA,

    Applicant,

v.

STEVE HARTLEY, Warden, L.C.F., and,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Applicant's "Motion to Expand the Record" (#15, filed March 18, 2008) is GRANTED. To the extent the court finds it necessary to obtain and review the record from the Denver County District Court, it will consider the entire record, including the plea agreements and transcripts included with the Denver County District Court record.

Dated: September 3, 2008