IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00152–WDM–KMT

DAVID C. MONTOYA,

    Applicant,

v.

STEVE HARTLEY, Warden, L.C.F., and,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **March 1, 2010**, the Clerk of the Denver District Court shall provide to this court the original written record, including transcripts, of Denver criminal case no. 04CR4113, *People v. David C. Montoya*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by facsimile to **(720) 865-8582** and by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Denver, Colorado 80202.

    Dated this 19th day of January, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge