FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00152-WDM

DAVID C. MONTOYA

    Applicant,

vs.

STEVE HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is hereby

**ORDERED** that the Clerk shall return the State Court Record.

Dated: May 17, 2012.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00152 WDM

District Court, City and County of Denver
Denver City & County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

David C. Montoya
# 125436
Limon Correctional Facility(LCF)
49030 State Highway 71
Limon, CO 80826

Katherine Anne Hansen – Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   5/18/2012   .

                      GREGORY C. LANGHAM, CLERK

                      By: s/ D. Berardi
                            Deputy Clerk